IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN
_____

UNITED STATES OF AMERICA,

                          Plaintiff,                    ORDER

v.

                                                       10-cr-189-wmc

ERIC C. MAHOLMES,

                          Defendant.
_____

       The June 21, 2011 Report and Recommendation entered in this case is hereby AMENDED to reflect the following:

            The last full sentence on page 1 should read, "In 2007, Maholmes had been arrested in Cook County, Illinois for *possession* of crack cocaine, but the charge was dismissed."

            The first full sentence of page 2 should read, "There are tapes from the jail telephone of Maholmes after his arrest conversing with Low, and other people saw Low in good health after *Maholmes's* arrest."

In all other respects, the Report and Recommendation remains as entered.

       Entered this 22nd day of June, 2011.

                                          BY THE COURT:

                                          /s/

                                          STEPHEN L. CROCKER
                                          Magistrate Judge